No. 15-24-00119-CV

§

ELIGAH DARNELL JR
APPELLANT

§
§
§
§

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 0 2 2025

CHRISTOPHER A. PRINE
CLERK

IN THE

FIFTEENTH COURT OF APPEALS

§

V

§

STEVEN MCCRAW, DIRECTOR,
TEXAS DEPARTMENT OF PUBLIC
SAFETY.

§
§
§

APPELLEE

§

## LEAVE TO FILE

TO THE HONORABLE COURT:

"NO FURTHER MOTIONS" WILL BE FILED BY APPELLANT EXCEPT BY ORDER OF THIS COURT OR IN RESPONSE TO ANY ISSUES PRESENTED BY MOTION OR BRIEF OF APPELLEE. APPELLANT NOW SEEKS LEAVE OF COURT TO FILE A "POST SUBMISSION" BRIEF TO FURTHER CLARIFY HIS ISSUES RAISED SO THAT A BETTER UNDERSTANDING IS OBVIOUS TO THE COURT. THE MOTION IS NOT FOR DELAY OR ANY OTHER REASON OTHER THAN TO ASSIST THE COURT WITH "LIBERAL CONSTRUCTION"

APPELLANT

ELIGAH DARNELL #1695278
26164 Fm 2054
Tennessee Colony, TX 75886

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 0 2 2025

CHRISTOPHER A. PRINE
CLERK

NORTH TEXAS TX
DALLAS TX
29 APR 2025



FiFTEENTH Court of Appeals
P.O. Box 12852
Austin, Texas 78711

78711-285252

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

LEGAL

APR 2 8 20